STATE OF NEW JERSEY v. MARC CONOVER.

December 7, 1982.

ORDERED that the motion for reconsideration of the denial of defendant's petition for certification is denied without preju-

dice to appropriate application to the trial court pursuant to *State v. Kovack*, 91 *N.J.* 476 (1982). (See 89 *N.J.* 392 (1981))